**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10114 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00527-RLH |
| v. | MEMORANDUM[*] |
| LEON MUHAMMAD, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, District Judge, Presiding

Submitted November 18, 2014[**]

Before:    LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Leon Muhammad appeals from the district court's judgment and challenges

the 24-month sentence imposed upon revocation of supervised release.  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Muhammad contends that his sentence is substantively unreasonable in light

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of the allegedly minor nature of his violations. The district court did not abuse its discretion in imposing Muhammad's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). Even accepting Muhammad's characterization of his violations as minor, the 24-month sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Muhammad's criminal history and breach of the court's trust. *See United States v. Miqbel*, 444 F.3d 1173, 1182 (9th Cir. 2006) (at a revocation sentencing, the court may sanction a violator for his breach of the court's trust).

**AFFIRMED.**